AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Anthony Richard Moat<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21−mj−00357
Assigned To : Faruqui, Zia M.
Assign. Date : 4/7/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                           Anthony Richard Moat                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority;
40 U.S.C. §§ 5104(e)(2)(D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:     04/07/2021                                      2021.04.07
                                                          15:39:16 -04'00'
                                              *Issuing officer's signature*

City and state:          Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  4/7/21  , and the person was arrested on *(date)*  4/9/21<br>at *(city and state)*  PHILADELPHIA, PA  .<br><br>Date: 4/9/21                              _____<br>                                          *Arresting officer's signature*<br><br>                                          TFO LEE NOLAN<br>                                          *Printed name and title* |