**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 21-MJ-357** |
| | : | |
| **ANTHONY RICHARD MOAT,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| **Defendant.** | : | **(Entering and Remaining in a Restricted** |
| | : | **Building)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Violent Entry and Disorderly Conduct** |
| | : | **and Parading, Demonstrating, or Picketing** |
| | : | **in a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **ANTHONY RICHARD**

**MOAT**, knowingly entered and remained in the United States Capitol, a restricted building,

without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States
Code, Section 1752(a)(1))

**COUNT TWO**

On or about January 6, 2021, within the District of Columbia, **ANTHONY RICHARD**

**MOAT**, knowingly, and with intent to impede and disrupt the orderly conduct of Government

business and official functions, engaged in disorderly and disruptive conduct in, and within such

proximity to the United States Capitol, a restricted building, when, and so that, such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **ANTHONY RICHARD MOAT**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress.

(**Violent Entry and Disorderly Conduct in a Capitol Building,** in violation of Title 40, United States Code, Section 5104 (e)(2)(D))

## <u>COUNT FOUR</u>

On or about January 6, 2021, within the District of Columbia, **ANTHONY RICHARD**

**MOAT**, willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

       **(Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40,
United States Code, Section 5104 (e)(2)(G))

                    Respectfully submitted,

                    Channing D. Phillips
                    Acting U.S. Attorney
                    D.C. Bar No. 415793

By:      <u>/s/</u> *Graciela Lindberg*
                    GRACIELA LINDBERG
                    Assistant United States Attorney
                    Texas Bar Number 00797963
                    United States Attorney's Office
                    Detailee – Federal Major Crimes
                    555 Fourth Street, N.W.
                    Washington, D.C.   20530
                    Telephone: (786) 514-9990
                    Email: Graciela.Lindberg@usdoj.gov

3