UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-375 (TSC) |
| v. : | |
| : | |
| ANTHONY RICHARD MOAT, : | |
| : | |
| Defendant. : | |

JOINT MOTION FOR
PROPOSED PRETRIAL CONFERENCE ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, by and through his attorney, Farheena Siddiqui (collectively, "the Parties"), respectfully submit the attached Pretrial Conference Order with a trial date scheduled to begin October 31, 2022 with a pretrial conference date of October 5, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

\_\_\_\_/s/_____
Graciela R. Lindberg
Assistant United States Attorney
Texas Bar No. 00797963
11204 McPherson Road, Suite 100A
Laredo, Texas  78045-6576
956-754-9350
graciela.lindberg@usdoj.gov

\_\_\_\_/s/_____
Farheena Siddiqui
Attorney for Anthony Richard Moat
526 King Street, Suite 506
Alexandria, VA 22314
(703) 535-7809
fsiddiqui@scmoorelaw.com