# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:21-CR-375 |
| ANTHONY RICHARD MOAT, | : |
| *Defendant* | : |

## JOINT MOTION TO SET A PLEA HEARING

Defendant Anthony R. Moat, by and through counsel, along with the Government respectfully requests that this Court set the above-caption matter for a plea hearing. This matter is currently set for a jury trial starting on October 3, 2022 to November 4, 2022.

The following are suggestion of dates for a plea hearing that are agreeable to both defense counsel and the Government:

1) August 16, 2022;

2) Morning of August 24, 2022;

3) August 29, 2022; and

4) September 5, 2022.

Counsel can provide additional dates, if needed.

Respectfully submitted,

/s/ *Farheena Siddiqui*

Farheena Siddiqui
*Counsel for Defendant*
District of Columbia Bar No. 888325080
Law Office Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: fsiddiqui@scmoorelaw.com

Phone: 703-535-7809

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Joint Motion to Set a Plea Hearing was served upon counsel of record through ECF on the date of filing.

/s/ _____
Farheena Siddiqui