**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 21-CR-375 (TSC)** |
| **ANTHONY RICHARD MOAT,** : | |
| **Defendant.** : | |

**JOINT MOTION TO STRIKE TRIAL DATE AND SET**
**PLEA AGREEMENT HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, by and through his attorney, Farheena Siddiqui (collectively, "the Parties"), respectfully request the Court strike the October 31, 2022, Trial and set a Plea Agreement Hearing for October 21, 2022. The Parties have come to an agreement to resolve this case, pending the Court's acceptance of the plea, and have conferred with the Clerk on the proposed Plea Agreement Hearing date.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:

*/s/ Farheena Siddiqui*_____
Farheena Siddiqui
Attorney for Anthony Richard Moat
526 King Street, Suite 506
Alexandria, VA 22314
(703) 535-7809
fsiddiqui@scmoorelaw.com

*/s/ Brian Brady*_____
Brian Brady
Trial Attorney, Department of Justice
DC Bar No. 1674360
1301 New York Ave. N.W., Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov