January 3, 2023

Honorable Judge Tanya Chutkan
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

RE: Anthony Moat's Sentencing

Your Honor,

My name is Andrew Beshara.  I am a mechanical and aerospace engineer currently working as a senior engineer in the semiconductor industry.  I also own a sole proprietorship where I tutor college students in a broad range of mechanical engineering courses.

I am a close friend of Anthony's and consider him to be my best friend.  We first met in grade school, and in high school we were on the wrestling team together. However, we did not become close friends until later on in life, when we randomly discovered that we both had relocated to Philadelphia. While we spend a lot of time together, we really only share one activity - daily walks around the city, which we deem our "philosopher's walk", named after a path in Germany rumored to have been frequented by famous philosophers over the centuries.

I've known Anthony to be a caring, intelligent, conscientious, and law abiding person. A life long learner, he has collected over 250 audiobooks ranging in topics from philosophy to history to self help books, and enjoys sharing his knowledge.  He has compassion for people and animals alike, and once convinced me to adopt a stray cat because he did not want to leave him out on the street but couldn't take it himself, since it would have been a violation of his lease.  Being empathetic in nature, Anthony insisted I leave a light on for the cat when I left him alone because he was concerned it would be afraid in the dark.  He is a strict rule follower and has a tremendous amount of respect for the law and for the institution of government, and dreams of becoming a lawyer one day.  I wasn't surprised when I found out that Anthony reached out to authorities and candidly volunteered information upon hearing they had questions, without so much as consulting his lawyer.  Such is his orientation towards the law; un-hostile, cooperative, and trusting.  Aside from the few minutes in question, Anthony is a model citizen in many ways.  The child of a single mother, he worked as a doorman, cab driver, and dishwasher, before making the decision to go to college.  He graduated with good grades, and went on to work in the learning department of a global corporation, where he is highly regarded.

Anthony has expressed a great deal of regret and remorse over walking inside the capitol building on Jan. 6, 2020.  Our daily walks, which were previously decorated with conversations about philosophy, current events, personal and work life, or the latest book, have turned into outlets for Anthony to express his grief, remorse, and anguish over his actions that day.  He has accepted responsibility, both before the court and to me personally.  "I should have known better" is a phrase I have gotten used to hearing. On one of our walks, Anthony confided to me that he has always been keen on the statistics surrounding men who grow up in fatherless families.  He explained how they are more likely to end up in trouble with the law, and how he has always been determined to not contribute to that statistic, but now regrets that he will have a record.  Your honor, I know Anthony well, and I truly believe there could be no greater punishment to him than this.  He cares deeply about his reputation among his fellow citizens, and I truly believe that a harsh sentence will be in vain and not in service of justice.  He has already suffered gravely due to his mistake.  Still, I know Anthony will do his best to be a representative citizen and to serve the community and his country, which he loves.  I pray you allow him to start his rehabilitative path as soon as possible.  Thank you for your time.

Respectfully,
Andrew Beshara
12 Kirsten Dr.
Freehold, NJ 07728