UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-375 (TSC) |
| v. | : | |
| | : | |
| ANTHONY RICHARD MOAT, | : | |
| | : | |
| **Defendant** | : | |

**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental sentencing memorandum in connection with the above-captioned matter to correct a factual error in the Statement of Offense, Presentence Investigation Report, the Governments Sentencing Memorandum, and the Defendant's Sentencing Memorandum.

In all of the above referenced documents, it states Anthony Moat (hereinafter, "Moat") entered the Capitol at 3:21 p.m. and exited at 3:23 p.m. ECF 40 at ¶ 8-9; ECF 42 at ¶ 14-15; ECF 47 at 7 and 9; ECF 48 at 1 and 7. In preparation for the sentencing hearing, the government re-reviewed the Closed Circuit Television camera which captured Moat's entry and exit to the Capitol. Upon review, Moat entered the Capitol at 2:57:59 p.m. and exits at 2:59:51 p.m., not 3:21 p.m. and 3:23 p.m. This does not change the total time Moat was in the Capitol.

1


*Moat (circled in red) entering the Capitol at 2:57:59*


*Moat (circled in red) exiting the Capitol at 2:59:51*

This is relevant because Moat sent a text at 3:09 p.m. to his friend, "Go around the left side of the building (if facing it), you can walk up easy." Previously, the parties were under the

impression this text message was before Moat entered the Capitol. Now, it shows Moat had entered the Capitol, saw the chaos inside, and then instructed his friend on how to enter.

The government does not amend its sentencing recommendation for Moat.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Brian Brady
Brian Brady
Trial Attorney, Department of Justice
DC Bar No. 1674360
1301 New York Ave. N.W., Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov